UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81705-CIV-DIMITROULEAS/SNOW

ALEXANDER JOHNSON,

    Plaintiff,

vs.

SEASPRAY RESORT, LTD
d/b/a Sea Spray Inn and Beach Resort,

    Defendant.
_____/

## ORDER STAYING ACTION

THIS CAUSE is before the Court upon Defendant's Suggestion of Bankruptcy [DE 16], reflecting that Defendant has filed a Chapter 11 Bankruptcy Petition in this district, Case No. 16-11565-PGH. The Court will construe this filing as a Motion to Stay the Action. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Stay the Action is hereby **GRANTED**;

2. The above-styled case is hereby **STAYED** pursuant to 11 U.S.C. §362;

3. All pending motions are hereby **DENIED AS MOOT**, without prejudice to renew without the necessity of refiling, upon a lifting of the bankruptcy stay;

4. Defendant shall file a status report as to the status of the bankruptcy proceedings on April 3, and every sixty (60) days thereafter.

5. The Clerk is directed to administratively **CLOSE** this case.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 3rd day of February 2016.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record